**Floyd E. DODD, Respondent,**

v.

**Debra K. BOARD (Dodd), Appellant.**

**No. 49233.**

Missouri Court of Appeals,
Eastern District,
Division Three.

June 28, 1985.

John J. Relles, Clayton, for appellant.

John Downes Rohrer, Steelville, for respondent.

### ORDER

PER CURIAM.

Mother appeals from trial court's order transferring custody of child to father. An extended opinion would be of no prece-dential value. The judgment is affirmed in accordance with Rule 84.16(b).